# WASHINGTON COUNTY,

## September Term, 1791.

### PENNSYLVANIA, v. CHARLES SIMMS.

TWO bonds, each in the penalty of 478*l.* and for
the payment of 239*l.* were given by *Charles Simms*
to *Alexander Rofs* on 24th *August*, 1775; one of them
payable in two years, the other in three, from the date
of the bonds. The property of *Alexander Rofs* being
confifcated by the " act for the attainder of divers trai-
tors," &c. the agents for confifcated property in *West-*
*moreland* obtained thefe bonds from the perfons in whofe
cuftody they were left, by *A. Rofs,* and iffued two fo-
reign attachments, founded on them, by which land of
the defendants in the county of *Wafhington* was attach-
ed. Special bail was entered in both actions, and pay-
ment, with leave to give the fpecial matter in evidence,
pleaded ; and now, by confent, both were tried by the
fame jury.

    *Brackenridge, Rofs,* and *Woods* for defendant, produ-
ced a long ftatement of facts admitted by Mr. *Ormfby*
and Mr. *Galbraith,* agents for confifcated property:
from many of which it appeared, that it had been in-
tended, that this caufe fhould be argued, on the ground,
that *C. Simms* and *A. Rofs,* having both lived at *Pitts-*
*burgh* under the government of *Virginia,* and as citizens
of *Virginia,* and never citizens of *Pennfylvania,* this debt
was not forfeitable nor attachable by a law of *Pennfyl-*
*vania.* But the points admitted, on which the cafe was
argued, were that the bonds in queftion were given for
land in *Wafhington* county, fold to *Simms* in 1775, part
of a grant by the *Six Nation Indians* to *George Croghan,*
who had no other title to it; that this land fold to *Simms*
by *Rofs,* had been fold by *Croghan* to *Rofs,* who had no
other title to it; that the grant from the *Six Nations*
to *Croghan* expreffed, that it was to have no operation
within the limits of *Pennfylvania;* that an act of affem-
bly of the ftate of *Virginia* (which had exercifed a dif-
puted jurifdiction in *Wafhington* county) paffed in 1779,

*1791.*

6 *March,*
1778.
1 *St. L.* 750.

made void all *Indian* grants; and that *Simms* derived no right or benefit by his purchase from *Rofs.*

They then read the *Virginia* act of affembly above mentioned, the conveyances from *Croghan*, &c. and relied on want of confideration, and an affignee ftanding in no better fituation than the obligee.

*Bradford* for the State. At the time of the purchafe from *Rofs*, legal titles were not common. Many purchafed mere improvements, and took their chance of title. Here there was no fraud. If the land had become of great value, *Rofs* could have claimed no more, therefore *Simms* ought to pay no lefs.

PRESIDENT fuggefted, that *Simms*, difclaiming all right to thefe lands under this title, and refufing to pay the confideration money, ought, at leaft, to releafe this title to the ftate. Mr. *Simms* immediately offered to do this; but Mr. *Bradford* thought it not worth accepting.

PRESIDENT directed the jury, that, if they thought it the meaning of the parties to buy and fell a legal title, they fhould find for the defendant. But if it was their meaning to buy and fell only a claim or occupancy, which might be beneficial or otherwife, they fhould find for the plaintiff. This is not the cafe of an affignee for a price paid for the bond, but like the cafe of an heir or executor of a dead man, who muft take all the property of the deceafed with all its incumbrances. Were it the cafe of an affignee for full value, our act of affembly puts him on the fame ground with the obligee. Were it otherwife, the ftate, having fold the land to others, or if to the defendant, for another confideration (the compact between the two ftates is a confideration*) ought not to require payment twice for the fame property. *Pennfylvania* therefore ftands in a worfe fituation, than any other affignee; and *Simms* has received no confideration for thefe bonds. The rifk of a rife or a fall of the value of the land, is out of the queftion either way.

There was a verdict and judgment for the defendant.

* It feems Mr. *Simms*, defpairing of holding this land by the *Indian* grant, had furveyed fome of it on a *Virginia* treafury warrant, and fo held it under the compact between the ftates: and the land attached was the fame land.